ZUYDER ZEE LAND CORPORATION, Appellant, *v.* UNITED CIGAR-WHELAN STORES CORPORATION, Respondent.

Argued October 18, 1949; decided November 17, 1949.

*Milton Brause* for appellant.

*Harry Rubenoff* and *Harold W. Jacobsen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.